Third Department, April, 1968 *

(April 16, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH SCOTT, Petitioner, v. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 5, 6) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

* Not published with other decisions of April 16, 1968, 29 A D 2d 993. [Rep.